# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4091

_____

United States of America,           *
                                     *
            Appellee,                *
                                     *
      v.                             *
                                     *
Donald Lee Earles,                   *
                                     *
            Appellant,[1]            *   Appeals from the United States
_____          *   District Court for the
                                     *   Northern District of Iowa.
United States of America,            *
                                     *       [UNPUBLISHED]
            Appellee,                *
                                     *
      v.                             *
                                     *
Catherine Papajohn,                  *
                                     *
            Appellant.               *

_____

Submitted: April 15, 1998
Filed: July 1, 1998

_____

Before WOLLMAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

_____

[1]On May 20, 1998, the appeal of Donald Lee Earles was dismissed for failure to prosecute.

PER CURIAM.

In 1995, a jury found Catherine Papajohn guilty of various arson-related offenses. The district court nevertheless entered a judgment of acquittal, and the United States appealed to this court. We reversed and remanded the case for reinstatement of the jury's verdict. United States v. Earles, 113 F.3d 796 (8th Cir. 1997). Papajohn then made a motion before the district court for a new trial based on newly discovered evidence. After holding an evidentiary hearing, the district court denied that motion. Before being sentenced, Papajohn filed this appeal from the district court's denial of her motion for a new trial. Consequently, no judgment of conviction and sentence has yet been entered in accordance with Rule 32(d) of the Federal Rules of Criminal Procedure.

We have jurisdiction to hear appeals only from those orders of the district court which are final. See 28 U.S.C. § 1291. An order denying a motion for a new trial is not final and therefore not appealable to this court. See McGowne v. Challenge-Cook Bros., Inc., 672 F.2d 652, 659 (8th Cir. 1982). Accordingly, we dismiss this appeal for want of jurisdiction. Dismissal is without prejudice to Papajohn's right to pursue a timely appeal following the district court's entry of a judgment of conviction and sentence.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.